**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JABRIL LAWSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-4266** |
| | : | |
| **PERFUME VENTURES, INC.** | : | |

# ORDER

**AND NOW**, this 28th day of July 2026, upon considering the parties' Stipulation (ECF 12) seeking to dramatically amend their obligations under the Federal Rules of Civil Procedure without showing good cause, but noting the last day request following our July 16, 2026 Order (ECF 10), it is **ORDERED** the Stipulation (ECF 12) is **NOT APPROVED** as stated but, given the last day request, we grant Defendant leave to respond to the Complaint (ECF 1) by no later than **August 4, 2026** or otherwise show cause as to why they would need the additional nine days and specifically as to why parties would need the extended time for briefing given our collective obligations under Rule 1.

**KEARNEY, J.**