**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JABRIL LAWSON,<br>Plaintiff,<br>v.<br>PERFUME VENTURES, INC., *et al.*,<br>Defendants. | Civil No. 2:26-cv-04266-MAK |

**JOINT RESPONSE TO COURT'S AUGUST 25, 2026 ORDER**

In accordance with the Federal Rules of Civil Procedure and this Court's local rules, Plaintiff, Jabril Lawson, and Defendant, Perfume Ventures, Inc., ("parties") conferred on July 30, 2026, regarding settlement discussions, negotiated settlement terms and conditions, and fully executed the Settlement Agreement ("Agreement") on August 25, 2026. Per the terms of the Agreement, this lawsuit shall be dismissed within three (3) days of the parties' performance of the Agreement. **The parties expect performance of the Agreement to be completed by September 1, 2026 and expect to dismiss this lawsuit, with prejudice, on or before September 4, 2026**. The parties agree that they have fully disclosed and jointly submit this information to the best of their knowledge to conserve party and judicial resources.

Respectfully submitted:

Dated: 8/25/2026

**PLAINTIFF,**
**JABRIL LAWSON**

*/s/ Jabril Lawson*
Jabril Lawson
260 Green Avenue
Lansdowne, PA 19050

**DEFENDANT, PERFUME VENTURES, INC.**
**D/B/A MICROPERFUMES**

*/s/Erin L. Leffler*
Erin L. Leffler (Attorney # 204507)
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7014
Telephone: 215-278-2555
Facsimile: 215-278-2594
eleffler@shb.com