**CERTIFICATE OF SERVICE**

I, Erin L. Leffler, hereby certify that on August 28, 2026, I served a true and correct copy of the foregoing Joint Response to Court's August 25, 2026 Order *via* the Court's e-filing system and email on the following:

Jabril Lawson
260 Green Avenue
Lansdowne, PA 19050
***Plaintiff***

*/s/ Erin L. Leffler*
Erin L. Leffler